# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 396TH DISTRICT COURT of TARRANT COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 14th day of June, 2017, the cause upon appeal to revise or reverse your judgment between

**PERMIAN POWER TONG, INC., Appellant**

**NO. 12-16-00092-Cv; Trial Court No. CV-49854**

Opinion by Brian Hoyle, Justice.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the judgment of the court below insofar as the trial court's judgment awarded $587,176.97 in replacement damages and $319,761.50 in attorneys' fees.

It is therefore ORDERED, ADJUDGED, and DECREED that the portion of the trial court's judgment awarding $587,176.97 in replacement damages be **reversed** and suggest a *remittitur* in the amount of $13,588.64, resulting in $573,588.33 in replacement damages, thereby reducing total actual damages to $810,549.33. If Appellee timely files the remittitur in the trial court within *fifteen days* of the date of this opinion, that portion of the trial court's judgment will be **reformed** and **affirmed**. If Appellee does not timely file the remittitur, we **reverse** that portion of the judgment and **remand** for a new trial on damages.

It is therefore ORDERED, ADJUDGED, AND DECREED that the portion of the judgment awarding $319,761.50 in attorneys' fees incurred through representation at the trial court level be **reversed** and the cause **remanded** to the trial court for a determination of the amount of attorneys' fees to be segregated.

It is further ORDERED, ADJUDGED and DECREED that, in all other respects, the trial court's judgment is **affirmed**; all costs of this appeal be assessed one-half against the Appellant, **PERMIAN POWER TONG, INC.,** and one-half against the Appellee, **DIAMONDBACK E&P, LLC,** for which execution may issue; and that this decision be certified to the court below for observance. "

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 1st day of December, 2017.

PAM ESTES, CLERK

By: *Katrina McClenny*

Chief Deputy Clerk